**DISMISS and Opinion Filed November 14, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00166-CV**

**IN THE INTEREST OF J.A.D., A MINOR CHILD**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-54784-2021**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Garcia
Opinion by Justice Garcia

Appellant's brief in this case is overdue. On July 10, 2023, we notified appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(c). By orders dated July 24, 2023, August 28, 2023, and September 14, 2023, we extended the time for appellant to file his brief until October 2, 2023. On October 4, 2023, we received but did not file a brief appellant tendered to the Court. The same day, we notified appellant that the Court would not consider the late brief unless appellant filed, within ten days, a motion for extension of time to file the brief. To date,

appellant has not filed such a motion nor otherwise corresponded with the Court regarding the status of the brief received on October 4, 2023.

Accordingly, we dismiss this appeal. *See id*. 38.8(a)(1); 42.3(c).

/Dennise Garcia/

DENNISE GARCIA
JUSTICE

230166F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF J.A.D., A
MINOR CHILD

No. 05-23-00166-CV

On Appeal from the 401st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 401-54784-
2021.
Opinion delivered by Justice Garcia.
Justices Partida-Kipness and
Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered November 14, 2023